**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| v. | )      Case no. |
| | ) |
| RELIABLE PUMP SERVICE & | ) |
| MAINTENANCE, INC. and | ) |
| SANGHA PETROLEUM, INC., d/b/a | ) |
| SHELL OF LEMONT, | ) |
| Defendants. | ) |

**COMPLAINT FOR DECLARATORY JUDGMENT**
**AND MONETARY RELIEF**

NOW COMES the plaintiff, Midvale Indemnity Company ("Midvale"), by its attorneys, and states the following complaint for declaratory judgment.

**PARTIES**

1.      Midvale Indemnity Company ("Midvale") is an insurance company, organized and existing pursuant to the laws of the state of Wisconsin, with its principal place of business located in Madison, Wisconsin.  Midvale is a citizen of Wisconsin.

2.      Reliable Pump Service & Maintenance, Inc. ("Reliable Pump") is a corporation, organized and existing pursuant to the laws of the state of Illinois, with its principal place of business located in Homer Glen, Illinois.  Reliable Pump is a citizen of Illinois.

3.      Sangha Petroleum, Inc. d/b/a Shell of Lemont ("Shell of Lemont") is a corporation, organized and existing pursuant to the laws of the state of Illinois, with its principal place of business located in Bridgeview, Illinois.  Shell of Lemont is a citizen of Illinois.

**JURISDICTION AND VENUE**

4**.**      The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

1

5. Jurisdiction is conferred pursuant to 28 U.S.C. § 1332, because the plaintiff is diverse from all defendants, and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District. Venue is also proper pursuant to 28 U.S.C. § 1391(b)(1) because the defendants reside in this District.

7. Declaratory relief is authorized pursuant to 28 U.S.C. § 2201.

## NATURE OF THE CASE

8. Midvale is an insurance company who seeks a declaratory judgment that it owes no duty to defend or indemnify its insured: Reliable Pump, for an "underlying suit" brought against Reliable Pump by Shell of Lemont. Midvale also seeks reimbursement for the defense costs it has incurred defending Reliable Pump in the "underlying suit" pursuant to a reservation of rights.

9. Shell of Lemont is joined as a necessary party, to be bound by the relief plaintiff seeks against Reliable Pump. No relief is requested as against Shell of Lemont.

## UNDERLYING SUIT

10. On April 23, 2024, suit was filed in the Circuit Court of Cook County, Illinois, entitled *Sangha Petroleum, Inc. d/b/a Shell of Lemont, plaintiff -vs- Reliable Pump Service & Maintenance, Inc. defendant*, case no. 2024 L 004385. ("underlying suit") On August 12, 2024, an amended complaint was filed in the underlying suit. A true copy of the amended complaint in the underlying suit is attached hereto as exhibit "A." ("underlying complaint").

11. The amended complaint alleges that Shell of Lemont operates a gas station and convenience store in Lemont, Illinois.

12.     On June 7, 2023, the Fire Marshall inspected the gas pumps and other equipment at Shell of Lemont, and issued Notices of Violations.  Some of those violations required repair of cracks in "boots" in order to cure the violations. There are two or three "boots" per fuel pump, which are fittings located underground where the fuel is delivered to the pump.  The Fire Marshall set a deadline of September 18, 2023, to cure the violations.

13.     Count I of the underlying complaint alleges an oral contract between Shell of Lemont and Reliable Pump, for Reliable Pump to cure the violations cited by the Illinois Fire Marshall and that the equipment would pass testing by the Fire Marshall.

14.     It is alleged that Reliable Pump performed its work by applying a non-removable bond to seal all the "boots," including valves, at Shell of Lemont.  Shell of Lemont paid Reliable Pump for its work.  On Sept. 12, 2023, Reliable Pump issued a receipt which stated that all "boots" passed a Water Test.

15.     It is alleged that, on November 7, 2023, the Fire Marshall inspected and determined that the equipment failed the inspection.  It is alleged that Reliable Pump's statement that the "boots" passed the Water Test, was false.

16.     It is alleged that the Fire Marshall issued a "Red-Tag" which prohibited delivery of additional fuel after November 7, 2023.    On November 13, 2023, the Fire Marshall informed Shell of Lemont that the bond that Reliable Pump applied to the "boots" is not allowed, per Title 41 Illinois Admin Code Sec. 175.410.

17.     By Nov. 10, 2023, Shell of Lemont ran out of diesel fuel, regular and premium gasoline to sell, and was shut down until it reopened on January 11, 2024.

18.     Count I seeks lost profits for the time it was shut down due to the ongoing violations.

3

19.     Count I further alleges that Reliable Pump's breach damaged Shell of Lemont, in that it had to hire other contractors and incurred costs of approximately $300,000 for their work necessary to cure the violations and fix extensive property damage caused by Reliable Pump to Shell of Lemont's infrastructure and equipment.

20.     Count II alleges negligence.  It is alleged that Reliable Pump holds a Petroleum Equipment Contractor License.  As such, Reliable Pump must meet the standards of 41 Admin Code 172, 174-77.

21.     It is alleged that Reliable Pump breached the standard of care it owed to Shell of Lemont in several respects, including the use of a bond that was not EPA-compliant, and therefore violated Illinois regulations.

22.     It is further alleged that, because the bond Reliable Pump used was non-removable, the "boots" could not be fixed and Shell of Lemont had to engage other contractors to completely replace the "boots," which necessitated substantial and invasive removal and replacement of Shell of Lemont's property, including infrastructure and equipment.

23.     It is alleged that Shell of Lemont incurred $300,000 to rectify Reliable Pump's damage to Shell of Lemont's property in order to remove and replace its equipment and infrastructure.

24.     The relief requested in both Counts is monetary damages in excess of the jurisdictional limit for the Law Division of Cook County Circuit Court, plus interest and costs.

### THE MIDVALE POLICY

25.     Midvale issued policy no. CP00006930 to its named insured Reliable Pump Service & Maintenance, Inc., effective February 10, 2023, to February 10, 2024.  A true and certified copy of the Midvale policy is attached as Exhibit "B."

26. The Midvale policy provides commercial general liability coverage, subject to all its terms, conditions, limitations, definitions and exclusions. Policy limits are $1,000,000 each occurrence. The insuring agreement states as follows:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. * * *

**SECTION I – COVERAGES**
**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeing damages for "bodily injury" or "property damage" to which this insurance does not apply. * * *

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period, and * * *

27. The Midvale policy contains the following exclusions:

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

5

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.  * * *

**j.      Damage To Property**

"Property damage" to:

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations;

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.
* * *
Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products – completed operations hazard".

**k.      Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.      Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.      Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**      A defect, deficiency, inadequacy or dangerous condition in "your product"  or "your work"; or

**(2)**      A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

6

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product"

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

28. The Midvale policy includes the following Definitions.

**SECTION V – DEFINITIONS**

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

16. "Products-completed operations hazard":

    a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        (1) Products that are still in your physical possession; or

        (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            (a) When all of the work called for in your contract has been completed.

            (b) When all of the work at the job site has been completed if your contract calls for work at more than one job site.

            (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as complete. * * *

17. "Property Damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

21. "Your product":

    a. Means:

        (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by: … You

        **(2)**     Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.**    Includes:

        **(1)**     Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)**     The providing of or failure to provide warnings or instructions.

**22.**    "Your work":

    **a.**    Means:

        **(1)**     Work or operations performed by you or on your behalf; and

        **(2)**     Materials, parts or equipment furnished in connection with such work or operations.

    **b.**    Includes:

        **(1)**     Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)**     The providing of or failure to provide warnings or instructions.

29.    The Midvale policy is subject to the Illinois Changes – Defense Costs Endorsement.

It provides, in pertinent part, as follows:

**ILLINOIS CHANGES – DEFENSE COSTS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**    The provisions of paragraph **B** are added to all Insuring Agreements that set forth a duty to defend under:

    1.    Section **I** of the Commercial General Liability, …

  **B.**  If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

    The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

## COUNT I

30. Plaintiff Midvale repeats and realleges paragraphs 1. – 29 as paragraph 30.

31. The underlying suit does not seek to recover damages because of "property damage" caused by an "occurrence" as those terms are defined in the Midvale policy.

32. An actual controversy exists within the meaning of 28 U.S.C. § 2201.

WHEREFORE, plaintiff prays that this court find and declare the rights and duties of the parties, and specifically find and declare that plaintiff Midvale owes no duty to defend Reliable Pump in the underlying suit, or to indemnify Reliable Pump for its liability, if any, to Shell of Lemont in the underlying suit, or for such other relief as this court finds just and necessary.

## COUNT II

Pleading in the alternative, and without prejudice to the allegations and denials of Count I, Plaintiff Midvale pleads this Count II.

33. Plaintiff Midvale repeats and realleges paragraphs 1. – 29 as paragraph 33.

34. If, and to the extent that, any of the underlying claims allege "property damage" caused by an "occurrence" as those terms are defined in the Midvale policy, then coverage for such claims is excluded by one or more of the policy exclusions set forth above.

35. An actual controversy exists within the meaning of 28 U.S.C. § 2201.

WHEREFORE, plaintiff prays that this court find and declare the rights and duties of the parties, and specifically find and declare that plaintiff Midvale owes no duty to defend Reliable Pump in the underlying suit, or to indemnify Reliable Pump for its liability, if any, to Shell of Lemont in the underlying suit, or for such other relief as this court finds just and necessary.

### COUNT III

Pleading in the alternative, and without prejudice to the allegations and denials of Count I and Count II, plaintiff Midvale pleads this Count III.

36.     Plaintiff Midvale repeats and realleges paragraphs 1. – 35 as paragraph 36.

37.     On May 24, 2024, plaintiff Midvale issued its reservation of rights letter, citing the policy terms quoted above, including the **ILLINOIS CHANGES – DEFENSE COSTS** endorsement.

38.     Among other rights reserved, plaintiff Midvale reserved the right to terminate the defense of Reliable Pump, file a complaint for declaratory judgment and seek restitution or reimbursement of defense costs incurred for defense of Reliable Pump in the underlying suit.

39.     To date, plaintiff Midvale has expended substantial sums in defense costs paid for defense of Reliable Pump in the underlying suit, after issuance of the reservation of rights letter set forth above.

WHEREFORE, plaintiff Midvale prays that this court find and declare the rights and duties of the parties, and specifically find and declare that plaintiff Midvale is entitled to restitution and/or reimbursement of defense costs paid for defense of Reliable Pump, in the underlying suit, and further, that this court enter judgment in favor of plaintiff Midvale and against Reliable Pump in an amount to be determined at trial, or otherwise proven up, plus interest and costs, or for such other relief as this court finds just and necessary.

Respectfully submitted,

SANCHEZ DANIELS & HOFFMAN LLP

By: _/s/ John J. Piegore_

John J. Piegore #3128729
Sean M. Hennessy #6324039
SANCHEZ DANIELS & HOFFMAN LLP
Attorneys for Plaintiff
333 W. Wacker Drive, Suite 500
Chicago, Illinois 60606
(312) 641-1555
Jpiegore@sanchezdh.com
shennessy@sanchezdh.com

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, S

FILED
8/12/2024 5:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L004385
Calendar, S
28913680

FILED DATE: 8/12/2024 5:01 PM   2024L004385

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

|  |  |  |
|---|---|---|
| SANGHA PETROLEUM, INC., d/b/a SHELL OF LEMONT | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2024 L 4385 |
| v. | ) ) | Hon. Jerry A. Esrig |
| RELIABLE PUMP SERVICE AND MAINTENANCE, INC., | ) ) ) | |
| Defendant. | ) | |

**AMENDED COMPLAINT**

Plaintiff Sangha Petroleum, Inc., d/b/a Shell of Lemont, by its undersigned counsel, complains of Defendant Reliable Pump Service and Maintenance, Inc., as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.      Plaintiff Sangha Petroleum, Inc., d/b/a Shell of Lemont ("Shell of Lemont") is an Illinois corporation located in Cook County, Illinois.

2.      Defendant Reliable Pump Service and Maintenance Inc. ("Reliable Pump"), is an Illinois corporation located in Will County, Illinois.

3.      This Court has personal jurisdiction over Defendant pursuant to 735 ILCS § 2-209(a)(7) because it made and performed a contract within Illinois, from which the claims that are the subject of this lawsuit arose.

4.      Venue is proper in the Circuit Court of Cook County, Illinois pursuant to 735 ILCS §§ 2-101 and 2-102(a) because Defendant is doing business in Cook County, Illinois and much of the conduct that is the subject of this lawsuit occurred in Cook County, Illinois.

Exhibit A

FILED DATE: 8/12/2024 5:01 PM    2024L004385

## ALLEGATIONS COMMON TO ALL COUNTS

5.      Shell of Lemont is a gas station and convenience store owned by Roy Sangha ("Sangha"). The property is located at 12301 S. Archer Ave., Lemont, Illinois, 60439.

6.      The gas station features six fuel pumps.

7.      The gas station and its equipment are subject to regulations of the Environmental Protection Agency ("EPA") and the State of Illinois. On a regular basis, the Illinois State Fire Marshall ("Fire Marshall") conducts inspections to assess regulatory compliance.

8.      The Fire Marshall conducted an inspection at Shell of Lemont on June 7, 2023. The Fire Marshall issued a Notice of Violation to Shell of Lemont for violations regarding certain components of the gas station on July 18, 2023. The deadline for repairing the violations was September 18, 2023.

9.      Per regulation, if repairs do not pass re-inspection by the Fire Marshall, the site is "red-tagged," and no more fuel can be delivered to the gas station until the violations are corrected.

10.     Some violations that the Fire Marshall cited at Shell of Lemont required repair of cracks in "boots" in order to cure the violations.

11.     Boots are found in two types of components at Shell of Lemont: the fuel pumps (the "Pumps") and an underground hydrostatic containment system to handle potential fuel spills (the "System").

12.     The Pumps at Shell of Lemont have a total of 14 boots. There are two or three "boots" per fuel pump, which are fittings located underground where the fuel is delivered to the pump.

13.     The System consists of three submersible pumps, each having a boot to connect to product lines. There is a total of three boots for the System.

2

FILED DATE: 8/12/2024 5:01 PM    2024L004385

## COUNT I: BREACH OF CONTRACT

14.     Plaintiff re-alleges paragraphs 1 through 13 as if fully set forth herein.

15.     For Shell of Lemont, Mr. Sangha entered into an oral contract in early September, 2023 with John Baio, president of Reliable Pump, to provide for Reliable Pump's cure of the cited violations at Shell of Lemont concerning the boots.

16.     In contracting, Mr. Baio promised that: Reliable Pump would fix the boots by the Fire Marshall's September 18 deadline, and the results would pass testing by the Fire Marshall.

17.     Mr. Sangha paid Reliable Pump $5,000.00 for fixing the boots.

18.     Shell of Lemont and Reliable Pump had agreed to all material terms of their contract, and Shell of Lemont met all conditions it was required to meet under the contract.

19.     Just prior to the Fire Marshall's September 18, 2023 deadline to cure the violations, Reliable Pump performed its work by applying a non-removable bond to seal all the boots, including valves, at Shell of Lemont.

20.     Confirming the oral contract with Shell of Lemont, Reliable Pump provided Shell of Lemont a receipt for its $5,000.00 payment dated September 12, 2023. On the receipt, Mr. Baio wrote, "PTI [Prevention Technologies Inc. paste] all dispensers and stps [the boots] water tested all passed." The $5,000.00 payment is marked paid. A copy of that receipt is attached hereto as Exhibit 1.

21.     Mr. Baio's statement on the receipt that Reliable Pump's work passed a water test was false. Also, Mr. Baio misrepresented to Mr. Sangha that the work would pass the Fire Marshall's testing.

22.     On November 7, 2023, the Fire Marshall conducted his inspection at Shell of Lemont to determine if the cited violations had been cured. The Fire Marshall determined that Shell of Lemont failed inspection.

3

FILED DATE: 8/12/2024 5:01 PM   2024L004385

23.     Because of the uncured violations, the Fire Marshall issued a Notice of Red-Tag Issued for Shell of Lemont ("Red-Tag"), prohibiting any additional fuel delivery after November 7, 2023.

24.     On November 13, 2023, the Fire Marshall's Office informed Shell of Lemont in writing the reason for the violation: the bond that Reliable Pump applied to the boots is not allowed, per Title 41 ILL Admin. Code Section 175.410.

25.     Reliable Pump never repaired the boots in compliance with regulations.

26.     Reliable Pump breached its contract with Shell of Lemont because it failed to cure the violations that were the subject of the contract, so that the work would pass the Fire Marshall's inspection.

27.     As a direct and proximate result of Reliable Pump's breach of its contract with Shell of Lemont, Shell of Lemont has suffered damages.

28.     Reliable Pump's breach damaged Shell of Lemont because the breach resulted in the Red-Tag, and due to the Red-Tag, as of November 7, 2023, Shell of Lemont had only a minimal amount of diesel fuel and no regular or premium fuel to sell, and had no fuel of any kind to sell to any customer after its pre-existing supply of gas became depleted on November 10, 2023, until the station re-opened on January 11, 2024.

29.     Reliable Pump's breach further damaged Shell of Lemont because after November 7, 2023, until January 11, 2024, Shell of Lemont lacked gasoline customers to draw business into its convenience store, and therefore lost profits due to diminished business at the store.

30.     Shell of Lemont mitigated its damages because promptly after November 7, 2023, Mr. Sangha engaged other contractors to perform the work to resolve the ongoing violations.

4

FILED DATE: 8/12/2024 5:01 PM    2024L004385

31.     Reliable Pump's breach further damaged Shell of Lemont, it had to hire other contractors and incurred costs of approximately $300,000.00 for their work necessary to cure the violations and fix the extensive property damage caused by Reliable Pump to Shell of Lemont's infrastructure and equipment.

32.     Shell of Lemont passed the Fire Marshall's re-inspection on January 11, 2024 after completion of the construction work by the other contractors, and Shell of Lemont re-opened its business on that date.

33.     Reliable Pump's breach has caused Shell of Lemont to suffer additional damages after re-opening on January 11, 2024, because its effective closure from November 7, 2023 to January 11, 2024 resulted in a loss of customers and goodwill, from which Shell of Lemont has not fully recovered and continues to be damaged, in that its revenues have decreased from levels that existed prior to Reliable Pump's breach.

WHEREFORE, plaintiff Shell of Lemont asks this Court to enter judgment in its favor and against defendant Reliable Pump, for its damages in excess of $50,000.00, plus interest, as well as all other relief this Court deems fair and just.

## COUNT II: NEGLIGENCE

34.     Plaintiff re-alleges paragraphs 1 through 13 as if fully set forth herein.

35.     Reliable Pump holds a Petroleum Equipment Contractor license from the Office of the Illinois State Fire Marshall, Division of Petroleum and Chemical Safety.

36.     All contractors holding such licenses must meet the standards for their work as set out in Title 41 of the Illinois Administrative Code, Parts 172, 174 – 77.

FILED DATE: 8/12/2024 5:01 PM   2024L004385

37.     In September, 2023, Shell of Lemont entered into an oral contract with Reliable Pump under which the latter contracted to fix certain boots which were parts connected to the fuel pumps and the underground hydrostatic containment system at Shell of Lemont.

38.     John Baio, Reliable Pump's president, promised Mr. Sangha that: Reliable Pump would fix the boots by the Fire Marshall's September 18 deadline, and the results would pass testing by the Fire Marshall.

39.     In reliance upon Reliable Pump's status as a licensed contractor and its promises to fix the boots by the deadline in a manner that would pass testing by the Fire Marshall, Shell of Lemont paid Reliable Pump $5,000.00 and retained its services for the project.

40.     As a holder of a Petroleum Equipment Contractor's license in Illinois, Reliable Pump owed a duty of care to its customer, Shell of Lemont, to comply with Illinois and industry standards in performing its work.

41.     Reliable Pump breached its duty of care to Shell of Lemont because to repair the boots, Reliable Pump used a bond that was not EPA-compliant and therefore violated Illinois regulations.

42.     Because the bond that Reliable Pump used was non-removable, the boots could not be fixed and Shell of Lemont had to engage other contractors to completely replace the boots, which necessitated substantial and invasive removal and replacement of Shell of Lemont's property, including infrastructure and equipment.

43.     Reliable Pump further breached its duty of care to Shell of Lemont because Reliable Pump had not obtained a necessary permit for the work.

44.     Reliable Pump further breached its duty of care to Shell of Lemont because, although the Fire Marshall requires that all underground work be performed or supervised by a

FILED DATE: 8/12/2024 5:01 PM 2024L004385

person licensed for underground work, Reliable Pump had no such person on site at Shell of Lemont.

45.     Reliable Pump further breached its duty of care to Shell of Lemont because Reliable Pump improperly certified it had completed the work but failed to obtain a third party to certify compliance, as required by regulation.

46.     As a result of Reliable Pump's breaches of its duty of care to Shell of Lemont, Shell of Lemont incurred costs of approximately $300,000.00 to rectify Reliable Pump's damage to Shell of Lemont's property in order to remove and replace its equipment and infrastructure.

47.     Further, because of Reliable Pump's breaches of its duty of care to Shell of Lemont, Shell of Lemont lost revenues because it could not sell any gasoline between November 10, 2023 and January 11, 2024.

48.     Further, because of Reliable Pump's breaches of its duty of care to Shell of Lemont, Shell of Lemont lost profits of approximately $60,000 because its business was substantially closed for more than two months.

49.     Further, Reliable Pump's breach has caused Shell of Lemont to suffer additional damages after re-opening on January 11, 2024, because its closure resulted in a loss of customers and goodwill, from which Shell of Lemont has not fully recovered and continues to be damaged, in that its revenues have decreased from levels that existed prior to Reliable Pump's breach.

FILED DATE: 8/12/2024 5:01 PM    2024L004385

WHEREFORE, plaintiff Shell of Lemont asks this Court to enter judgment in its favor and against defendant Reliable Pump, for its damages in excess of $50,000.00, plus interest, as well as all other relief this Court deems fair and just.

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

SANGHA PETROLEUM, INC.,
d/b/a SHELL OF LEMONT

By: _/s/ Peter S. Lubin_____
       One of its attorneys

Peter S. Lubin
Patrick Austermuehle
LUBIN AUSTERMUEHLE, PC (63335)
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
630-333-0333
peter@l-a.law
patrick@l-a.law

Terrence Buehler
Susan J. Irion
LAW OFFICES OF TERRENCE BUEHLER
417 N. Marion St.,
Oak Park, IL. 60302
(312) 371-4385
tbuehler@tbuehlerlaw.com
irion@susanirion.com

8

FILED DATE: 8/12/2024 5:01 PM    2024L004385

# Exhibit 1

FILED DATE: 8/12/2024 5:01 PM    2024L004385

# RELIABLE PUMP SERVICE
14007 S. Bell Road, Suite 228
Homer Glen, IL 60491
815-546-7867



Invoice # 400

☐ ESTIMATE (VALID FOR 30 DAYS)

| DATE 9-12-23 | ☑ SERVICE ☐ WILL CALL | PHONE |
| | ☐ INSTALL ☐ DELIVER | |

| NAME Shell | MAKE |
| ADDRESS 12301 S Bnekr | MODEL |
| Lemut | Technician |

| ITEM TO BE SERVICED | NATURE OF SERVICE REQUEST |

| QTY | PART # | DESCRIPTION OF PARTS OR MATERIALS | PRICE | AMOUNT |
|-----|--------|-----------------------------------|-------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**LABOR PERFORMED**

PTI all dispenses and stps water Tested all passed

| | |
|---|---|
| TOTAL MATERIALS | |
| TAX | |
| LABOR | |
| TRAVEL | |
| TOTAL AMOUNT | $000 pd. |

| DATE WANTED / / | DEPOSIT $ | CUSTOMER SIGNATURE |

TERMS + NET CASH + NO GOODS HELD OVER 30 DAYS    AUTHORIZED BY:

WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE CAUSED BY FIRE, THEFT, TESTING OR ANY OTHER CAUSES BEYOND OUR CONTROL
ALL PRICES INCLUDE TAX

FILED DATE: 8/12/2024 5:01 PM   2024L004385

## **CERTIFICATE OF SERVICE**

I, Peter S. Lubin, the undersigned attorney, hereby certify that on August 12, 2024 I caused the foregoing Amended Complaint to be served upon the following individual via email:

John M. Kotleski
Kopka Pinkus Dolin, PC
200 W. Adams Street, Suite 1200
(312) 782-9920
JMKotleski@kopkalaw.com

/s/ Peter S. Lubin

## CERTIFICATE OF AUTHENTICITY

I, Deneen Rogers, a member of the Underwriting Department for Midvale
Indemnity Company, hereby certify that this policy of insurance is a true and
correct copy of our policy # CP00006930, issued by Midvale Indemnity Company to:

**RELIABLE PUMP SERVICE & MAINTE**
**14007 S BELL RD STE 228**
**HOMER GLEN, IL 60491**

EFFECTIVE:

**12:01 AM 02/10/2023 through**
**12:01 AM 02/10/2024 (local time)**

**Signed, this 29TH day of October 2024.**

*Deneen Rogers*

Deneen Rogers
Manager, Insurance Operations

**Notary:**

The State of MO                                    date 10/29/24

Then personally appeared the above-named Deneen Rogers and acknowledged the
foregoing to be his free act and deed, before me,

*Chrissy M Lewandowski*
, Notary Public

Chrissy M. Lewandowski
Notary Public - Notary Seal
Buchanan County - State of Missouri
Commission Number 18319639
My Commission Expires 3/8/2027

Exhibit B



PO Box 5316
Binghamton, NY 13902

**American Family Insurance - Business Insurance**
Underwritten by: Midvale Indemnity Company
A Wisconsin Stock Company

RELIABLE PUMP SERVICE & MAINTE
14007 S BELL RD STE 228
Homer Glen,IL 60491

**Date:** 11/22/2022

RE: 12XK640703,   Commercial General Liability
Expiration Date: 02/10/2023
New Policy Number: CP00006930
Effective Date: 02/10/2023

### IMPORTANT INFORMATION PERTAINING TO OFFER TO RENEW POLICY

Thank you for allowing American Family Insurance to insure your business. We value you as a customer and work to provide you with the business insurance coverage to best fit your insurance needs.  As a result, we have transferred your policy to Midvale Indemnity Company, an affiliate of the American Family Insurance Group.  We are pleased to offer you a new business policy with updated coverages and servicing options to protect your business. Enclosed is your policy information.

**To make this transfer simple and convenient, we have enclosed your new business policy to replace your current policy when it expires.**  You will have continuous coverage upon activation of your new business policy.  You will find information on any coverage differences between your old policy and new business policy on the Notice to Policyholders page of the packet.

We have also included step-by-step instructions on what you'll need to do to set up billing, online accounts, and paperless preferences for your new business policy. **Please read all of the enclosed materials including the Important Information sheet that will further explain this change.**

To ensure uninterrupted insurance protection for your business, please return your payment selection form.  **Your current American Family Insurance policy will not be renewed.**

We are eager to provide you with a fast and smooth transition to the new business policy. If, after reviewing the information, you still have questions, please speak with our customer service team by calling 833-445-0058.  The team is available from 8 a.m. to 9 p.m. (EST), Monday through Friday, to assist you in understanding this change.  If you have any additional questions, please contact our office.

We appreciate the trust you have placed in American Family and look forward to serving your insurance needs for many years to come.

Sincerely,
ANTHONY CHIARITO & ASSOCIATES, INC.

BID M I9 01 GE 02 18

Exhibit B



American Family Insurance - Business Insurance
**Underwritten by:** Midvale Indemnity Company
A Wisconsin Stock Company

**Send policy correspondence to:**
PO Box 5316
Binghamton,NY 13902
(866) 908-0626

ANTHONY CHIARITO & ASSOCIATES, INC.
1011 STATE ST STE 100
LEMONT, IL 60439
(630) 257-9300

Information as of: 02/10/2023

## POLICY DECLARATIONS

This document and your policy contract define our insuring agreement.  In return for payment of premium and subject to all the terms of this policy, we agree to provide you insurance as stated in the policy.

## Policy Information

| | | | |
|---|---|---|---|
| **Named Insured:** | RELIABLE PUMP SERVICE & MAINTE | **Policy Number:** | CP00006930 |
| **E-mail Address:** | | **Policy Type:** | Commercial General Liability |
| **Phone:** | | **Policy Period:** | 02/10/2023 to 02/10/2024 12:01AM Standard Time at Primary Location |

## Location Information

### Location #1 (Primary location)

**Address:**     14007 S BELL RDSTE 228
Homer Glen, IL 60491

## Policy Level Coverage (limits & deductibles shown are non-stackable across locations)

### General Liability

| | Limit |
|---|---|
| Per Occurrence Limit | $1,000,000 |
| General Aggregate Limit (other than products/completed operations) | $2,000,000 |
| Products/Completed Operations Aggregate limit | $2,000,000 |
| Personal and Advertising Injury limit | $1,000,000 |
| Damage to Premises Rented to You (limit per premises) | $100,000 |
| Medical Payments (limit per person) | $5,000 |

| | Deductible |
|---|---|
| Liability Property Damage Deductible | $0 |

Exhibit B

| General Liability Premium | $3,454 |
|---|---|

## Classification Information

| Location | Class Code | Class Description | Exposure Basis | Exposure Amount |
|---|---|---|---|---|
| 1 | 97223 | Machinery or Equipment - installation, servicing or repair - Not Otherwise Classified | Payroll | $104,420 |

| Policy Premium | $3,454 |
|---|---|

## Discounts Applied to This Policy

Loss-Free

## Policy Forms and Endorsements

| CG 00 01 04 13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
|---|---|
| CG 02 00 01 18 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CG 03 00 01 96 | DEDUCTIBLE LIABILITY INSURANCE |
| CG 21 01 11 85 | EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS |
| CG 21 06 05 14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG 21 47 12 07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 50 04 13 | AMENDMENT OF LIQUOR LIABILITY EXCLUSION |
| CG 21 55 09 99 | TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION |
| CG 21 67 12 04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 70 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG 21 86 12 04 | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS |
| CG 21 96 03 05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG 24 04 05 09 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| CG 24 26 04 13 | AMENDMENT OF INSURED CONTRACT DEFINITION |
| CG 74 10 03 21 | ADDITIONAL INSURED -BLANKET |
| CG 77 04 02 15 | LEAD LIABILITY EXCLUSION |
| CG 77 14 02 15 | ASBESTOS EXCLUSION |
| CG 77 24 02 15 | DAMAGE TO PROPERTY OF OTHERS ENDORSEMENT |
| CG 77 44 02 15 | MULTI-UNIT AND TRACT HOUSING RESIDENTIAL EXCLUSION |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 47 09 11 | ILLINOIS CHANGES - CIVIL UNION |
| IL 01 62 10 13 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL 09 85 01 15 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| NOT 01 IL 12 17 | ILLINOIS - IMPORTANT NOTICE |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Exhibit B

**Home Office**
**MIDVALE INDEMNITY COMPANY**
**6000 American Parkway**
**Madison, WI  53783**

**Tony Desantis, Jr.**
**President**

**David Holman**
**Secretary**

Exhibit B

| ACORD | **CERTIFICATE OF LIABILITY INSURANCE** | DATE (MM/DD/YYYY) 11/22/2022 |
|---|---|---|

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: ANTHONY CHIARITO & ASSOCIATES, INC. | |
|---|---|---|
| ANTHONY CHIARITO & ASSOCIATES, INC. 1011 STATE ST STE 100 LEMONT IL 60439 (630) 257-9300 achiarit@amfam.com | PHONE (A/C, No, Ext): (630) 257-9300 | FAX (A/C, No): |
| | E-MAIL ADDRESS: achiarit@amfam.com | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : Midvale Indemnity Company | 27138 |
| INSURED RELIABLE PUMP SERVICE & MAINTE 14007 S BELL RD STE 228 Homer Glen IL 60491 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES** CERTIFICATE NUMBER: 00003792222473 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** CLAIMS-MADE [X] OCCUR | N | N | CP00006930 | 02/10/2023 | 02/10/2024 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PRO-JECT [ ] LOC OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | **AUTOMOBILE LIABILITY** ANY AUTO OWNED AUTOS ONLY SCHEDULED AUTOS HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY(Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| | **UMBRELLA LIAB** OCCUR **EXCESS LIAB** CLAIMS-MADE DED RETENTION $ | | | | | | EACH OCCURRENCE | |
| | | | | | | | AGGREGATE | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECU-TIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | |
| | | | | | | | E.L. DISEASE - EA | |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | |
| | **PROFESSIONAL LIABILITY** | | | | | | OCCURRENCE AGGREGATE | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Machinery or Equipment - installation, servicing or repair - Not Otherwise Classified

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| RELIABLE PUMP SERVICE & MAINTE 14007 S BELL RD STE 228 HOMER GLEN IL 60491 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE _Charlton Goos_ |

Exhibit B

© 1988-2015 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)** The ACORD name and logo are registered marks of ACORD

# ILLINOIS – IMPORTANT NOTICE

In the event you need to contact someone with questions or complaints about your insurance policy, you may contact the insurance company at the following address and telephone number:

American Family Insurance - Business Insurance
Attention: Consumer Affairs
P.O. Box 5316
Binghamton, NY 13902
(866) 908-0626

The Illinois Department of Insurance also responds to questions and complaints about insurance matters and can be contacted at:

Illinois Department of Insurance
320 West Washington Street
Springfield, IL 62767
Phone (866) 445-5364
TDD (217) 524-4872
FAX (217) 782-2083

NOT-01 IL 12 17

Exhibit B

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012

Exhibit B

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

Exhibit B

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Exhibit B

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

*Exhibit B*

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

Exhibit B

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

Exhibit B

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exhibit B

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

Exhibit B

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

   **(1)** Agrees in writing to:

   **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

   **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

   **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

   **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

   **(2)** Provides us with written authorization to:

   **(a)** Obtain records and other information related to the "suit"; and

   **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 © Insurance Services Office, Inc., 2012

Exhibit B

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

© Insurance Services Office, Inc., 2012

Exhibit B

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

Exhibit B

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

### b. Excess Insurance

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## 6. Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

Exhibit B

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

© Insurance Services Office, Inc., 2012

Exhibit B

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

Exhibit B

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

  **(a)** Snow removal;

  **(b)** Road maintenance, but not construction or resurfacing; or

  **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

Exhibit B

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

Exhibit B

COMMERCIAL GENERAL LIABILITY
CG 02 00 01 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

2. We may cancel this Policy by mailing to you, at your last mailing address known to us, written notice stating the reason for cancellation. Proof of mailing will be sufficient proof of notice. If we cancel:

   **a.** For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **b.** For a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less.

      **(2)** 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days.

3. If this Policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The Policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the Policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

4. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

 © Insurance Services Office, Inc., 2017

Exhibit B

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

© Insurance Services Office, Inc., 2017

Exhibit B

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

© Insurance Services Office, Inc., 2011

Exhibit B

IL 01 62 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

  **1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

  **2.** Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

  **3.** Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

  **4.** Section **A.** Coverage under the Legal Liability Coverage Form; and

  **5.** Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

  Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

  The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

  © Insurance Services Office, Inc., 2013  Exhibit B

POLICY NUMBER: CP00006930

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM    or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ 0 |
| OR | | |
| Property Damage Liability | $ | $ 0 |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

Exhibit 13

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

  **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

  **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

  **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

  **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

  **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

 Copyright, Insurance Services Office, Inc., 1994 **CG 03 00 01 96**     Exhibit B   ☐

POLICY NUMBER: CP00006930            **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Description of Operations:**
**All operations associated with RELIABLE PUMP SERVICE & MAINTE**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

Exhibit B

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

Exhibit B

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Exhibit 3

COMMERCIAL GENERAL LIABILITY
CG 21 50 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

© Insurance Services Office, Inc., 2012

Exhibit B

COMMERCIAL GENERAL LIABILITY
CG 21 55 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION
# WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Copyright, Insurance Services Office, Inc., 1998 Exhibit B Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Exhibit B

**COMMERCIAL GENERAL LIABILITY**
**CG 21 70 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

Exhibit 13

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

  **1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

  **2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

  **1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

  **2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

  **3.** A reinforced or unreinforced base coat;

  **4.** A finish coat providing surface texture to which color may be added; and

  **5.** Any flashing, caulking or sealant used with the system for any purpose.

Exhibit B

**COMMERCIAL GENERAL LIABILITY**
**CG 21 96 03 05**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

Exhibit 13

POLICY NUMBER: CP00006930

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Name Of Person Or Organization:** |
| --- |
| As required in a written contract or agreement. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

CG 24 04 05 09

© Insurance Services Office, Inc., 2008

Page 1 of 1

Exhibit B

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

CG 24 26 04 13          © Insurance Services Office, Inc., 2012             Exhibit B

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - BLANKET

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A. Additional Insureds**

Each of the following is added to **Section II – Who is An Insured,** but only as specifically described by the following**:**

1. Any person or organization for whom you are performing operations is also an additional insured, when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be included as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage", "personal and advertising injury" caused in whole or part, by:

   **a.** Your acts or omissions; or

   **b.** The acts or omissions of those acting on your behalf;

   In the performance of your ongoing operations or "your work" included within the "products-completed operations" hazard for the additional insured at the location designated and described in the written contract or agreement.

   This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   **a.** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **b.** Supervisory, inspection, architectural or engineering activities.

2. Any state or political subdivision, subject to the following additional provisions:

   **a.** This insurance applies only with respect to the following hazards for which a state or political subdivision has issued a permit in connection with premises you own, rent, or control and to which this insurance applies:

      **(1)** The existence, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistway openings, sidewalk vaults, street banners, or decorations and similar exposure;

      **(2)** The construction, erection or removal of elevators; or

      **(3)** The ownership, maintenance or use of any elevators covered by this insurance**.**

   **b.** This insurance applies only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit. This insurance does not apply to:

      **(1)** Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or municipality;

      **(2)** "Bodily injury" or "property damage" included within the products- completed operations hazard; or

3. Any person(s) or organization(s) with a controlling interest in you but only with respect to their liability arising out of;

   **a.** Their financial control of you; or

   **b.** Premises they own, maintain or control while you lease or occupy these premises.

   This insurance does not apply to structural alterations, new construction and demolition operations performed by or for such additional insured.

---

Includes copyrighted material of ISO, Inc. with its permission   Exhibit B

**4.** Any manager or lessor of premises to whom you are obligated by virtue of a written "Insured Contract" to provide insurance such as afforded by this policy, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you. This insurance does not apply to:

    **a.** Any "occurrence" which takes place after you cease to be a tenant in thatpremises; or

    **b.** Structural alterations, new construction or demolition operations performed by or for such additional insured.

**5.** Any person or organization as mortgagee, assignee or receiver but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you.

    This insurance does not apply to:

    **a.** Any "occurrence" that takes place after you cease to be a tenant in thatpremises; or

    **b.** Structural alterations, new construction or demolition operations performed by or for such additional insured.

**6.** Any person or organization arising out of the ownership, maintenance or use of that part of the land leased to you and subject to the following additional exclusions:

    This insurance does not apply to:

    **a.** Any "occurrence" which takes place after you cease to lease that land; or

    **b.** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**7.** A co-owner of a premises and covered under this insurance but only with respect to liability as co-owner of such premises.

**8.** Any person(s) or organization(s) who is the lessor of leased equipment to you and required by the lease to be included as an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by your maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s).

With respect to the insurance afforded these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**9.** Any person(s) or organization(s) (referred to below as vendor) is also an additional insured, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

    **a.** The insurance afforded the vendor does not apply to:

      **(1)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

      **(2)** Any express warranty unauthorized by you;

      **(3)** Any physical or chemical change in the product made intentionally by the vendor;

      **(4)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

      **(5)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

      **(6)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

      **(7)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

 Includes copyrighted material of ISO, Inc. with its permission CG 74 10 03 21

Exhibit B

**(8)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**(a)** The exceptions contained in Sub-Paragraphs **(4)** or **(6);** or

**(b)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**b.** This insurance does not apply to any insured person or organization from whom you have acquired such products, or any ingredient, part or container entering into, accompanying or containing such products.

**B.** The following is added to Paragraph **4. Other Insurance** in **Section IV – Commercial General Liability Conditions**:

Primary Additional Insured – If a written contract or agreement or permit requires this insurance to be primary for any person or organization with whom you agree to include in paragraph in **Section II – Who Is An Insured**, this Other Insurance provision is applicable. This insurance is primary. This insurance is also non-contributory which means we will not seek contribution from other insurance available to the person or organization with whom you agree to include in **Who Is An Insured**.

Exhibit B

**COMMERCIAL GENERAL LIABILITY**
**CG 77 04 02 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEAD LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

"We" do not pay for:
1. actual or alleged "bodily injury" arising out of the ingestion, inhalation or absorption of lead in any form;
2. actual or alleged "property damage" arising out of the presence of lead in any form. "Property damage" also includes any claim for diminution of value of real estate or personal property due to its contamination with lead in any form.
3. actual or alleged "personal and advertising injury", if provided by Coverage B. Personal and Advertising Injury Liability, arising out of the presence of lead in any form.
4. any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or any way respond to or assess the effects or lead.
5. any loss, cost or expense arising out of any claim or suit by or on behalf of any governmental authority or any other responsible party or entity for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to lead or assessing the presence or effects of lead.


All other terms remain unchanged.

Exhibit B

**COMMERCIAL GENERAL LIABILITY**
**CG 77 14 02 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS COVERAGE PART

This insurance does not apply to:

1. Any "bodily injury" arising out of, resulting from, caused by, or contributed to in whole or in part by ingestion, inhalation or absorption of asbestos, exposure to asbestos, or the use of asbestos.

2. Any "property damage" arising out of, resulting from, caused by, or contributed to in whole or in part by asbestos, exposure to asbestos or the use of asbestos. "Property damage" also includes any claim for reduction in the value of real estate or personal property due to its contamination with asbestos in any form at any time.

3. Any "personal and advertising injury" arising out of, resulting from, caused by, or contributed to in whole or in part by ingestion, inhalation or absorption of asbestos, exposure to asbestos, or the use of asbestos.

4. Any loss, cost, or expense arising out of or in any way related to any request, demand, order, or statutory or regulatory requirement that any insured or others identify, sample, test for, detect, monitor, clean up, remove, contain, treat, detoxify, neutralize, abate, dispose of, mitigate, destroy, or any way respond to or assess the presence of, or the effects of, asbestos.

5. Any loss, cost, or expense arising out of any claim or suit by or on behalf of any governmental authority or any other responsible party or entity for damages resulting from identifying, sampling, testing for, detecting, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, abating, disposing of, mitigating, destroying, or in any way responding to asbestos or assessing the presence of, or effects of, asbestos.

6. Failure to detect the presence of or proportion of asbestos in a product, material, structure, or process.

7. The performance or failure to perform services of any kind in the identification, sampling, testing, detection, monitoring, cleaning up, removal, containment, treatment, detoxification, neutralization, abatement, disposal, mitigation, or destruction of a product, material, or process containing asbestos, whether by the "insured" or by anyone acting on the "insured's" behalf.

8. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with any of the subsections above.

9. Any obligation to share damages or repay someone in connection with any of the subsections above.

Exhibit B

**COMMERCIAL GENERAL LIABILITY**
**CG 77 24 02 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DAMAGE TO PROPERTY OF OTHERS ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

| SCHEDULE | | |
|---|---|---|
| **COVERAGE** | **LIMITS OF INSURANCE** | **DEDUCTIBLE** |
| Property of others in the care, custody or control of the insured. | $ 2,500  Each Occurrence<br>$ 5,000  Aggregate | $250 Each Claim |

**A.** The exclusion in subparagraph **J.(4)** of Paragraph **2.** In exclusions of **Section I (COVERAGE A)** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** is deleted. When this endorsement is attached to the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM,** coverage for property of others in the care, custody and control of the insured applies.

The property coverages available with this endorsement do not include coverage for:

**1.** "Property damage" to property held by you for servicing, repair, storage or sale at premises owned, rented, leased, operated or used by you;

**2.** Damage to property while in transit.

**B.** Following are two changes/additions to the **SECTION III – LIMITS OF INSURANCE** in the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM:**

**8.** Subject to paragraph **2.** In **SECTION III – LIMITS OF INSURANCE** section of the COVERAGE FORM, the most we will pay because of all "property damage" to property in the care, custody or control of the insured is the Aggregate amount shown in the SCHEDULE above.

**9.** "Subject to paragraphs **5.** and **8.** in **Section III – LIMITS OF INSURANCE** section of the COVERAGE FORM, the most we will pay because of all property damage to property in the care, custody or control of the insured arising out of any one occurrence is the occurrence amount shown in the SCHEDULE above.

**C.** **DEDUCTIBLE**

**1.** Our obligation under this endorsement to pay damages on your behalf for property damage to property in the care, custody or control of

insured applies only to the amount of damages in excess of the deductible amount, stated in the SCHEDULE above. The limits of insurance applicable to Each Claim will be reduced by the deductible amount.

**2.** The terms of this insurance including those with respect to:

**a.** Our right and duty to defend any "suits" seeking those damages; and

**b.** Your duties in the event of an "occurrence."

Apply irrespective of the application of the deductible amount.

**3.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount that has been paid by us.

**D.** **Other Insurance** – For coverage provided by this endorsement, **CONDITION 4.** Is deleted and replaced by the following.

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, then the insurance provided by this endorsement is excess. We will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**1.** The total amount that all such other insurance, would pay for the loss in the absence of this insurance; and

**2.** The total of all deductible and self-insured amounts under all that other insurance.

All other terms remain unchanged.

**CG 77 24 02 15**

*Exhibit B*

CG 77 44 02 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MULTI-UNIT AND TRACT HOUSING RESIDENTIAL EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** Exclusions of **Section I COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**2. Exclusions**

This insurance does not apply to:

**Multi-Unit and Tract Housing**

"Bodily injury", "property damage" or "personal and advertising injury liability" arising out of any "construction operations" whether ongoing operations or operations included within the products-completed operations hazard that involve a "housing tract" or "multi-unit residential building".

This exclusion does not apply to:

**a.** Remodeling, maintenance or repair performed for the "owner" of a detached single family dwelling provided that the work does not involve the repair or replacement of either "your work", or the work of any other insured under this policy, that was part of the original construction of the building; or

**b.** Your "construction operations" within the boundaries of what is or will become a public street or roadway or public right of way; or

**c.** Remodeling, maintenance or repair within the interior of an individual unit within a condominium, townhouse or cooperative building provided that the work is for the "owner" of the unit and does not involve the repair or replacement of either "your work", or the work of any other insured under this policy, that was part of the original construction of the building or conversion of an apartment building to a condominium, townhouse or cooperative building.

**d.** Maintenance or repair within the interior of an apartment building provided that the work does not involve the repair or replacement of either "your work", or the work of any other insured under this policy, that was part of the original construction of the building.

**B.** The following definitions are added to the **Definitions** Section:

"Construction operations" means pre-construction, construction, post-construction, reconstruction, renovation, remodeling, conversion of the building to a condominium, townhouse , cooperative building or any other type of multiple unit residential structure, maintenance or repair.

"Multi-unit residential building" means condominiums, townhouses, apartments, dormitories or similar structures that have more than four (4) units built or used for the purpose of residential occupancy, at the same location or complex, regardless of the number of buildings.

"Owner" means the person or persons that own the individual residential dwelling or unit but does not include a limited liability company, sole proprietor. partnership, joint venture, corporation, unincorporated association, trust, or the developer of the property or real estate manager or any entity related to either.

"Housing tract" means a residential development or subdivision consisting of more than eight (8) of any combination of dwelling units, detached single family dwellings , or lots all built, owned, or developed by the same or related general contractors, developers, persons, limited liability companies, partnerships, joint ventures, corporations, unincorporated associations or trusts. A development or subdivision built upon multiple tracts and/or built in multiple phases shall be considered to be one "housing tract".

CG 77 44 02 15

Exhibit B

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

Exhibit B

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

Exhibit B

POLICY NUMBER:  CP00006930

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)**    $  0 |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**<br><br>General Liability Coverage Part |
| **Additional information, if any, concerning the terrorism premium:** |
| **SCHEDULE – PART II** |
| **Federal share of terrorism losses**    80    % Year: 20  23 |
| (Refer to Paragraph **B.** in this endorsement.) |
| **Federal share of terrorism losses**    80    % Year: 20  24 |
| (Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

   © Insurance Services Office, Inc., 2015   Exhibit B

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

Exhibit B

COMMERCIAL GENERAL LIABILITY
CG 21 55 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION
# WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Copyright, Insurance Services Office, Inc., 1998

Exhibit B

COMMERCIAL GENERAL LIABILITY
CG BRN-01 01 22

# GENERAL LIABILITY MULTISTATE FORMS REVISION ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the major changes in your policy. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

The major areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This notice does not reference every editorial change made in your policy. We have followed the policy sequence of provisions in setting out this material.

---

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM
### CG 00 01

---

**I. EXCLUSIONS**

  **A. BROADENING OF COVERAGE**

    **1.** Coverage **A** – Exclusion **2.c.** (Liquor Liability) is revised to provide an exception with respect to allowing a person to bring alcoholic beverages onto the named insured's premises for consumption on the named insured's premises.

    **2.** Coverage **A** – Exclusion **2.p.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

  **B. OTHER CHANGES**

    **1.** Coverage **A** – Exclusion **2.c.** (Liquor Liability) is revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol.

    **2.** Coverage **A** – Exclusion **2.g.** (Aircraft, Auto Or Watercraft) is revised to delete reference to "in the state".

    **3.** Coverage **A** – Exclusion **2.q.** and Coverage **B** – Exclusion **2.p.** (Recording And Distribution Of Material Or Information In Violation Of Law) were previously added to your policy via mandatory endorsement. The endorsement contained an exclusion addressing injury or damage arising out of any action or omission that violates or is alleged to violate certain statutes, ordinances and regulations. This exclusion has been incorporated directly into your policy.

    **4.** Coverage **B** – Exclusions **2.b.** and **2.c.** (Material Published With Knowledge Of Falsity and Material Published Prior To Policy Period) are revised to reference "in any manner", with respect to oral or written publication, for consistency with the definition of personal and advertising injury.

**II. CONDITIONS**

  **OTHER CHANGES**

  Condition **4.** (Other Insurance) is generally revised so that the insurance provided is excess over any for which the named insured has been added as an additional insured, whether by endorsement or any other means.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit B

### III. DEFINITIONS

#### OTHER CHANGES

1. Definition **2.** (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

2. Definition **12.** (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

---

## EXCLUSION - MULTI-UNIT NEW RESIDENTIAL CONSTRUCTION (GREATER THAN 8 UNITS) CG 77 12

#### REDUCTIONS IN COVERAGE

Exclusion – Multi-Unit New Residential Construction (Greater than 8 units) **CG 77 12** is replaced with Multi-Unit and Tract Housing Residential Exclusion **CG 77 44**, which excludes coverage for work performed in multi-family buildings with more than 4 units, as well as tract housing development with more than 8 units.

---

## INLAND MARINE COVERAGE FORMS
## IM 70 25, IM 70 00 AND IM 54 17

#### REDUCTIONS IN COVERAGE

Additional Coverages Endorsement IM 70 25 is no longer available.

#### OTHER CHANGES

Coverage for Contractors Tools and Equipment Leased or Rented from others with a limit of $25,000, which was previously included in coverage form IM 70 00 or IM 54 17, is no longer automatically included. Coverage for these items is still available on either a scheduled or unscheduled basis by inclusion of IH 00 68 along with either IH 68 02 or IH 77 06.

---

## COMMERCIAL PROPERTY ENHANCEMENT ENDORSEMENT CP 81 11
## SPECIALTY PROPERTY ENHANCEMENT ENDORSEMENT CP 81 09 AND CP 81 10

#### OTHER CHANGES

If your prior policy included Commercial Property Enhancement Endorsement or Specialty Property Enhancement Endorsement, it will be replaced with a new Commercial Property Enhancement Endorsement (**CP 81 00**), which includes the following coverages and limits:

- Accounts Receivable coverage limit of $25,000
- Arson Award limit of $10,000
- Appurtenant Structures coverage
- Business Income from Depended Properties limit of $10,000
- Employee Dishonesty included within BPP limit
- Fine Arts Coverage limit of $25,000
- Fire Department Service Charge limit of $25,000
- Forgery or Alteration coverage limit of $25,000
- Gold, Silver and Platinum coverage limit of $10,000
- Inventory and Appraisal Expense limit of $5,000

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    CG BRN-01 01 22

Exhibit B

- Lock and Key Replacement limit of $1,000
- Money and Securities Coverage limit of $25,000
- Money Orders and Counterfeit Paper coverage included within BPP limit
- New Acquired or Constructed Property – Personal Property limit of $250,000
- New Acquired or Constructed Property – Building limit of $500,000
- Ordinance or Law coverage limit of $50,000
- Personal Effects limit of $25,000
- Pollutant Cleanup and Removal Limit of $25,000
- Property of Others limit of $25,000
- Property Off-Premises limit of $25,000
- Utility Services –Direct Damage limit of $10,000
- Valuable Papers and Records limit of $25,000
- Water Backup and Sump Overflow limit increased to $25,000

**Note:** Business Income and Extra Expense coverage is not included in the new Commercial Property Enhancement Endorsement.

## MULTISTATE ENDORSEMENTS

**A. BROADENING OF COVERAGE**

    **1.** Additional Insured – Owners, Lessees Or Contractors – Automatic Status For Other Parties When Required In Written Construction Agreement Endorsement **CG 20 38** is introduced to provide additional insured status to those parties whom the named insured is obligated in writing in a contract or agreement to name as an additional insured.

**B. REDUCTIONS OF COVERAGE**

    **1. Liquor Liability Exclusion Endorsements**

    The following endorsements are revised to indicate that the liquor liability exclusion will apply if a named insured permits any person to bring any alcoholic beverages on the named insured's premises, for consumption on the named insured's premises:

- **CG 21 50** – Amendment Of Liquor Liability Exclusion (for use with Commercial General Liability Coverage Part)
- **CG 21 51** – Amendment Of Liquor Liability Exclusion – Exception For Scheduled Premises Or Activities (for use with Commercial General Liability Coverage Part)

**C. OTHER CHANGES**

    **1.** Primary And Noncontributory – Other Insurance Condition Endorsement **CG 20 01** is introduced to revise the Other Insurance Condition to indicated that coverage is provided to an additional insured on a primary and noncontributory basis, provided that certain requirements are met.

    **2. Additional Insured Endorsements**

    The following additional insured endorsements are revised to indicate that when these endorsements are attached to a policy, if coverage provided to the additional insured is required by contract or agreement, coverage to the additional insured will be afforded to the extent permissible by law and to the extent the named insured is required by the contract or agreement to provide insurance for the additional insured.

    Additionally, if coverage provided to the additional insured is required by contract or agreement, the limits of insurance of the named insured's policy that are available to an additional insured will be limited to the extent required by the contract or agreement or the amount of insurance available under the applicable Limits of Insurance shown in the Declarations, whichever is less:

Exhibit B

- **CG 20 05** – Additional Insured – Controlling Interest
- **CG 20 07** – Additional Insured – Engineers, Architects Or Surveyors
- **CG 20 10** – Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization
- **CG 20 11** – Additional Insured – Managers Or Lessors Of Premises
- **CG 20 12** – Additional Insured – State Or Governmental Agency Or Subdivision Or Political Subdivision – Permits Or Authorizations
- **CG 20 13** – Additional Insured – State Or Governmental Agency Or Subdivision Or Political Subdivision – Permits Or Authorizations Relating To Premises
- **CG 20 15** – Additional Insured – Vendors
- **CG 20 18** – Additional Insured – Mortgagee, Assignee Or Receiver
- **CG 20 23** – Additional Insured – Executors, Administrators, Trustees Or Beneficiaries
- **CG 20 24** – Additional Insured – Owners Or Other Interest From Whom Land Has Been Leased
- **CG 20 26** – Additional Insured – Designated Person Or Organization
- **CG 20 27** – Additional Insured – Co-owner Of Insured Premises
- **CG 20 28** – Additional Insured – Lessor Of Leased Equipment
- **CG 20 29** – Additional Insured – Grantor Of Franchise
- **CG 20 33** – Additional Insured – Owners, Lessees Or Contractors – Automatic Status When Required In Construction Agreement With You
- **CG 20 34** – Additional Insured – Lessor Of Leased Equipment – Automatic Status When Required In Lease Agreement With You
- **CG 20 35** – Additional Insured – Grantor Of Licenses – Automatic Status When Required By Licensor
- **CG 20 36** – Additional Insured – Grantor Of Licenses
- **CG 20 37** – Additional Insured – Owners, Lessees Or Contractors – Completed Operations

3. **Professional Services Endorsements**

The following endorsements are revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured:

- **CG 22 24** – Exclusion – Inspection, Appraisal And Survey Companies
- **CG 22 43** – Exclusion – Engineers, Architects Or Surveyors Professional Liability
- **CG 22 88** – Professional Liability Exclusion – Electronic Data Processing Services And Computer Consulting Or Programming Services

4. Pesticide Or Herbicide Applicator Coverage Endorsements **CG 22 64** and **CG 28 12** and Lawn Care Services Coverage Endorsement **CG 22 93** are revised to reflect a change in titles to Herbicide Applicator – *Limited Pollution* Coverage endorsements and Lawn Care Services – *Limited Pollution* Coverage.

5. Amendment Of Insured Contract Definition Endorsement **CG 24 26** and Limited Contractual Liability – Railroads Endorsement **CG 24 27** are revised to reflect that the defined term insured contract addresses certain liability assumed by the named insured with respect to the tort liability of another party to the extent the assumption of the tort liability is permitted by law.

6. **Liquor Liability Exclusion Endorsements**

The following endorsements are revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol:

- **CG 21 50** – Amendment Of Liquor Liability Exclusion (for use with Commercial General Liability Coverage Part)
- **CG 21 51** – Amendment Of Liquor Liability Exclusion – Exception For Scheduled Premises Or Activities (for use with Commercial General Liability Coverage Part)

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. CG BRN-01 01 22

Exhibit B

7. **Commercial Property Enhancement Endorsement**

A revised Commercial Property Enhancement Endorsement **CP 88 00** replaces Commercial Property Enhancement Endorsement **CP 81 11** and includes the following changes:

- Accounts Receivable increased to $25,000
- Appurtenant Structures coverage added
- Business Income and Extra Expense coverage is not included
- Fire Department Service Charge limit increased to $25,000
- Forgery or Alteration coverage limit increased to $25,000
- Laptop Worldwide coverage added with a $5,000 limit
- Money Orders and Counterfeit Paper limit increased to $10,000
- Outdoor Property limit increased to $15,000
- Personal Effects limit increased to $25,000
- Personal Property Off-Premises limits decreased to $25,000
- Season Increase of 50% removed
- Utility Services – Business Income and Extra Expense limit increased to $25,000
- Valuable Papers and Records Off-Premises limit increased to $50,000
- Water Backup and Sump Overflow limit increased to $25,000

Exhibit B

# Electronic Funds Transfer Program – Enroll Today

We are pleased to offer our customers the ability to enroll in our Electronic Funds Transfer Program (EFT). Through this program you can elect to make automatic payments from your bank account or credit card.The benefits of enrolling in EFT include allowing customers to:

- Manage cash flow easily
- Improve safety and control of funds
- Reduce paperwork
- Eliminate the risks associated with lost, stolen or misdirected checks
- Avoid late fees due to payments lost in the mail

We offer two easy ways to enroll in our EFT program.

1.  You can self-serve by going online and following the steps below:
    - If you have set up an online account you can enroll in EFT by logging into your account at https://www.amfambusinessinsurance.com/ and selecting My Account,
    - Select the billing option
    - On the billing page, scroll down 'Payment Information'
    - Select Auto-pay, edit
    - Read the agreement information, then select 'I would like to enroll in autopay'
    - Enter your credit card or bank account information you'd like to use for payments
    - Click the box next to 'Important Notice for Customers Currently Enrolled in Automatic Payments'
    - Select Update
2.  Calling our customer service department.
    - If you do not have an online account you can still take advantage of EFT payment options by simply calling our customer service department. Our knowledgeable and helpful representatives can assist you through the enrollment process.

Once your request has been processed, you will receive confirmation that your enrollment is complete and future payment deductions will begin. Please continue to make payments that are due until you receive confirmation of your enrollment. We will make payment deductions in the amounts and on the due dates indicated on your billing statement. Refer to your bill for this schedule of deductions and any applicable fees. If you have an auditable policy, additional actual premium, if any, will be auto debited from your account upon completion of the audit. Additionally, if you are assessed an audit noncompliance charge in accordance with the terms of your policy contract, it will be automatically deducted.

The charge will appear on your bank statement as "Midvale Indemnity Company." You can cancel your payment deductions by calling us at the number printed in the front of your policy packet.

Exhibit B




PO Box 5316
Binghamton,NY13902

**American Family Insurance - Business Insurance**
Underwritten by: Midvale Indemnity Company
A Wisconsin Stock Company
Tel: (866) 908-0626

RELIABLE PUMP SERVICE & MAINTE
14007 S BELL RD STE 228
Homer Glen,IL 60491

**Policy Number:** CP00006930
**Date:** 02/07/2023

Dear RELIABLE PUMP SERVICE & MAINTE,

American Family Insurance - Business Insurance is pleased to be of service to you.  Our objective is to provide you with comprehensive and professional products for all of your insurance needs.

Please find the enclosed policy documents.

If you have any questions, please contact your agent or our Service Center at (866) 908-0626

Sincerely,

Customer Care Department

Policies are underwritten and issued by member companies and affiliates of Homesite Group Incorporated. Policies are underwritten by Midvale Indemnity Company (California Certificate of Authority Number 2224-4)

BID COVL 0001 12 17

Exhibit B



**American Family Insurance - Business Insurance**
Underwritten by: Midvale Indemnity Company
A Wisconsin Stock Company

PO Box 5316
Binghamton, NY 13902
(866) 908-0626

**Date:** 02/07/2023

## NOTICE OF POLICY CHANGE

**Important Notice for:**    RELIABLE PUMP SERVICE & MAINTE
**Email contact:**    reliablepump@yahoo.com

| **Policy Number** | **Policy Type** | **Policy Period** | **Insurance Carrier** |
|---|---|---|---|
| CP00006930 | Commercial General Liability | 02/10/2023 to 02/10/2024 | Midvale Indemnity Company |

> **Effective Date of Endorsement**
> 02/10/2023

We have made change(s) to your insurance policy.

- Enable auto pay

This results in a $ 0 change to your premium.


Please login to '*Manage My Account*' in order to access your policy information.  We encourage you to read through the endorsement to make sure that we captured your request correctly.  If you need personal assistance, please call  **(866) 908-0626** or email us at **service@amfambusinessinsurance.com**


Thank you and we appreciate your business.

BID 0009 12 17

Exhibit B



American Family Insurance - Business Insurance
**Underwritten by:** Midvale Indemnity Company
A Wisconsin Stock Company

**Send policy correspondence to:**
PO Box 5316
Binghamton,NY 13902
(866) 908-0626

ANTHONY CHIARITO & ASSOCIATES, INC.
1011 STATE ST STE 100
LEMONT, IL 60439
(630) 257-9300

Information as of: 02/10/2023

# POLICY DECLARATIONS

This document and your policy contract define our insuring agreement. In return for payment of premium and subject to all the terms of this policy, we agree to provide you insurance as stated in the policy.

## Policy Information

| | | | |
|---|---|---|---|
| **Named Insured:** | RELIABLE PUMP SERVICE & MAINTE | **Policy Number:** | CP00006930 |
| **E-mail Address:** | reliablepump@yahoo.com | **Policy Type:** | Commercial General Liability |
| **Phone:** | (815) 546 - 7867 | **Policy Period:** | 02/10/2023 to 02/10/2024 12:01AM Standard Time at Primary Location |

## Location Information

### Location #1 (Primary location)

**Address:**  14007 S BELL RDSTE 228
Homer Glen, IL 60491

## Policy Level Coverage (limits & deductibles shown are non-stackable across locations)

### General Liability

| | **Limit** |
|---|---|
| Per Occurrence Limit | $1,000,000 |
| General Aggregate Limit (other than products/completed operations) | $2,000,000 |
| Products/Completed Operations Aggregate limit | $2,000,000 |
| Personal and Advertising Injury limit | $1,000,000 |
| Damage to Premises Rented to You (limit per premises) | $100,000 |
| Medical Payments (limit per person) | $5,000 |

| | **Deductible** |
|---|---|
| Liability Property Damage Deductible | $0 |

Exhibit B

| General Liability Premium | $3,454 |
|---|---|

## Classification Information

| Location | Class Code | Class Description | Exposure Basis | Exposure Amount |
|---|---|---|---|---|
| 1 | 97223 | Machinery or Equipment - installation, servicing or repair - Not Otherwise Classified | Payroll | $104,420 |

| Policy Premium | $3,454 |
|---|---|

## Discounts Applied to This Policy

Loss-Free

## Policy Forms and Endorsements

| | |
|---|---|
| CG 00 01 04 13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG 02 00 01 18 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CG 03 00 01 96 | DEDUCTIBLE LIABILITY INSURANCE |
| CG 21 01 11 85 | EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS |
| CG 21 06 05 14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG 21 47 12 07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 50 04 13 | AMENDMENT OF LIQUOR LIABILITY EXCLUSION |
| CG 21 55 09 99 | TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION |
| CG 21 67 12 04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 70 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG 21 86 12 04 | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS |
| CG 21 96 03 05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG 24 04 05 09 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| CG 24 26 04 13 | AMENDMENT OF INSURED CONTRACT DEFINITION |
| CG 74 10 03 21 | ADDITIONAL INSURED -BLANKET |
| CG 77 04 02 15 | LEAD LIABILITY EXCLUSION |
| CG 77 14 02 15 | ASBESTOS EXCLUSION |
| CG 77 24 02 15 | DAMAGE TO PROPERTY OF OTHERS ENDORSEMENT |
| CG 77 44 02 15 | MULTI-UNIT AND TRACT HOUSING RESIDENTIAL EXCLUSION |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 47 09 11 | ILLINOIS CHANGES - CIVIL UNION |
| IL 01 62 10 13 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL 09 85 01 15 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| NOT 01 IL 12 17 | ILLINOIS - IMPORTANT NOTICE |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Exhibit B

**Home Office**
**MIDVALE INDEMNITY COMPANY**
**6000 American Parkway**
**Madison, WI  53783**


**Tony Desantis, Jr.**
**President**

**David Holman**
**Secretary**

Exhibit B



American Family Insurance - Business Insurance
Underwritten by: Midvale Indemnity Company
A Wisconsin Stock Company

**Policy No:** CP00006930          **Payment Plan:** Monthly Plan - 11 installments

## CONFIRMATION OF ENROLLMENT IN AUTOMATIC PAYMENTS

Thank you for enrolling in our automatic payment plan for policy number: CP00006930. You have authorized American Family Insurance - Business Insurance to deduct payment from your checking or savings account, or to charge your credit or debit card. Your enrollment is complete and we will make payment deductions in the amounts and on the due dates indicated on your billing statement. Refer to your billing statement for a schedule of deductions and any applicable service charges. Note that changes to your policy or premium may change the amount debited. Your authorization shall apply to any renewal, reinstated, or amended policy with American Family Insurance - Business Insurance unless revoked by you. The charge will appear on your bank or credit card statement as "Midvale Indemnity Company". Note that American Family Insurance - Business Insurance has the right to discontinue your enrollment at any time. Refunds or credits, if any, may be made directly to your card or account. You can cancel your payment deductions by calling us at (866) 908-0626.

Thank you and we appreciate your business.

BID 0019 12 17

Exhibit B