# UNITED STATES DISTRICT COURT
### For the Northern District of Illinois
### Eastern Division

MIDVALE INDEMNITY
COMPANY,

      Plaintiff,

v.

RELIABLE PUMP SERVICE &
MAINTENANCE, INC. and
SANGHA PETROLEUM, INC.
d/b/a SHELL OF LEMONT

      Defendants

Case No 1:24-cv-12438

Hon. Franklin U. Valderrama

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed that this action be dismissed with prejudice and without costs to any party, all such matters and costs having been settled. The Parties have agreed that the Circuit Court of Cook County, Illinois will have jurisdiction to enforce the settlement agreement.

**AGREED:**

For Plaintiff **MIDVALE INDEMNITY COMPANY:**

By: /s/ *John Piegore*

John J. Piegore
Its Attorneys
Sanchez Daniels & Hoffman
333 West Wacker Drive, Ste 500
Chicago, IL 60606
312 641 1555 T
jpiegore@sanchezdh.com

Page 1 of 2

For Defendant **SANGHA PETROLEUM, INC:**

By: /s/ _____

Paul G. Neilan

One of Its Attorney
LUBIN AUSTERMUEHLE DITOMMASO, PC
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
630 333 0333
pgneilan@energy.law.pro

For Defendant **RELIABLE PUMP SERVICE & MAINTENANCE, INC.:**

By: /s/ _____

John M. Kotleski
Its Attorney
KOPKA PINKUS DOLIN PC
200 West Adams, Suite 1200
Chicago, IL 60606
312 782 9920
pgneilan@energy.law.pro