# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Midvale Indemnity Company

                              Plaintiff,

v.                                                 Case No.: 1:24–cv–12438

                                                 Honorable Franklin U. Valderrama

Reliable Pump Service & Maintenance, Inc, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the stipulation of dismissal [19], this case is dismissed with prejudice and without costs to any party, with all such matters and costs having been settled. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.